1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVBN 0722)
3  Chief, Criminal Division

4  DANA R. WAGNER (CSBN 209099)
   Assistant United States Attorney
5
       1301 Clay Street; Suite 340-S
6      Oakland, California 94612
       Telephone: (510) 637-3709
7
   Attorneys for the United States
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                    OAKLAND DIVISION

12

13 UNITED STATES OF AMERICA       )    No. CR 06-00028 SBA
                                  )
14                                )
       v.                         )    PETITION FOR AND WRIT OF HABEAS
15                                )    CORPUS AD PROSEQUENDUM
                                  )
16 VICTOR JOHN BUONO,             )
                                  )
17        Defendant.              )
                                  )
18 _____

19 TO:   The Honorable JAMES LARSON, Chief Magistrate Judge of the United States District
         Court for the Northern District of California:
20

21     The petition of Dana R. Wagner, Assistant United States Attorney for the Northern

22 District of California, respectfully requests that this Court issue a Writ of Habeas Corpus Ad

23 Prosequendum for the person of prisoner Victor John Buono, whose place of custody and jailor

24 are set forth in the requested Writ, attached hereto, and your petitioner avers that the prisoner is

25 //

26 //

27 //

28 //

1 | required to appear in the above-entitled matter in this Court, and therefore petitioner prays that
2 | this Court issue the Writ as presented.

4 | DATED: April 28, 2006

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

_____
DANA R. WAGNER
Assistant United States Attorney

11 | **IT IS SO ORDERED:**

13 | DATED: _____May 2_____, 2006

_____
HONORABLE
United States

*IT IS SO ORDERED*
*Judge James Larson*

(Seal: United States District Court, Northern District of California)

**THE PRESIDENT OF THE UNITED STATES OF AMERICA**

TO:   **FREDERICO ROCHA,** United States Marshal, Northern District of California, any of his authorized deputies, and the Warden of San Quentin State Prison, San Quentin, California:

GREETINGS

WE COMMAND that on May 10, 2006, at 10:00 a.m., you have and produce the body of VICTOR BUONO, who is currently in your custody in the above-mentioned institution, before the United States District Court in and for the Northern District of California, in the Courtroom of the Honorable Wayne D. Brazil, 3rd Floor, Courtroom #4, 1301 Clay Street, Oakland, California, so that Victor Buono may then and there appear for prosecution upon the charges filed against him in the above-captioned case, and that immediately after said hearing to return him forthwith to the above-mentioned institution, or to abide by such order of the above-mentioned institution, or to abide by such order of the above-entitled Court concerning the custody of Victor Buono, and further to produce Victor Buono at all times necessary until the termination of the proceedings in this Court;

IT IS FURTHER ORDERED THAT should the local or state custodian release from its custody the above-named person, he be immediately delivered and remanded to the United States Marshal or his authorized deputies under this Writ.

WITNESS the Honorable James Larson, Chief Magistrate Judge of the United States District Court for the Northern District of California.

DATED:  May 2 , 2006        CLERK, UNITED STATES DISTRICT COURT
                            NORTHERN DISTRICT OF CALIFORNIA

                            By  Venice E. Thomas
                                DEPUTY CLERK