KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

DANA R. WAGNER (CSBN 209099)
Assistant United States Attorney

   1301 Clay Street; Suite 340-S
   Oakland, California 94612
   Telephone: (510) 637-3709

Attorneys for the United States

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. CR 06-00028 SBA |
| ) | |
| v. ) | PETITION FOR AND WRIT OF HABEAS |
| ) | CORPUS AD PROSEQUENDUM |
| VICTOR JOHN BUONO, ) | |
| Defendant. ) | |

TO:   The Honorable ELIZABETH D. LAPORTE, Magistrate Judge of the United States District Court for the Northern District of California:

     The petition of Dana R. Wagner, Assistant United States Attorney for the Northern District of California, respectfully requests that this Court issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner Victor John Buono, whose place of custody and jailor are set forth in the requested Writ, attached hereto, and your petitioner avers that the prisoner is

//
//
//
//

1  required to appear in the above-entitled matter in this Court, and therefore petitioner prays that
2  this Court issue the Writ as presented.
3
4  DATED: May 9, 2006                       Respectfully submitted,
5                                           KEVIN V. RYAN
                                            United States Attorney
6
7
8                                           _____/s/_____
                                            DANA R. WAGNER
9                                           Assistant United States Attorney
10
11  **IT IS SO ORDERED:**
12
13  DATED:    _May 11____, 2006
14                                          _____
                                            HON. ELIZABETH D. LAPORTE
15                                          United States Magistrate Judge
16
17
18
19
20
21
22
23
24
25
26
27
28

**THE PRESIDENT OF THE UNITED STATES OF AMERICA**

TO:    **FREDERICO ROCHA,** United States Marshal, Northern District of California, any of his authorized deputies, and the Warden of San Quentin State Prison, San Quentin, California:

GREETINGS

WE COMMAND that on May 26, 2006, at 10:00 a.m., you have and produce the body of VICTOR BUONO, who is currently in your custody in the above-mentioned institution, before the United States District Court in and for the Northern District of California, in the Courtroom of the Honorable Wayne D. Brazil, 3rd Floor, Courtroom #4, 1301 Clay Street, Oakland, California, so that Victor Buono may then and there appear for prosecution upon the charges filed against him in the above-captioned case, and that immediately after said hearing to return him forthwith to the above-mentioned institution, or to abide by such order of the above-mentioned institution, or to abide by such order of the above-entitled Court concerning the custody of Victor Buono, and further to produce Victor Buono at all times necessary until the termination of the proceedings in this Court;

IT IS FURTHER ORDERED THAT should the local or state custodian release from its custody the above-named person, he be immediately delivered and remanded to the United States Marshal or his authorized deputies under this Writ.

WITNESS the Honorable James Larson, Chief Magistrate Judge of the United States District Court for the Northern District of California.

DATED:    May 11,    , 2006

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By _LiliMHarrell_____