IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06-00028 SBA |
| Plaintiff, | **ORDER** |
| v. | |
| VICTOR BUONO, | |
| Defendant. | |

Based on the reasons provided in the stipulation of the parties and good cause appearing,

IT IS HEREBY ORDERED THAT the status conference, currently scheduled for July 25, 2006, is CONTINUED to September 5, 2006 at 9:00 a.m.

IT IS FURTHER ORDERED THAT the period from July 25, 2006 to September 5, 2006 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) to allow for continuity of defense counsel.

IT IS SO ORDERED.

Dated: 7/24/06

SAUNDRA BROWN ARMSTRONG
United States District Judge