COLIN L. COOPER, SBN 144291
KELLIN R. COOPER, SBN 172111
DUSTIN GORDON, SBN 205216
COOPER LAW OFFICES
800 Jones Street
Berkeley, California 94710
Telephone: (510) 558-8400
Fax: (510) 558-8401

Attorneys for Defendant
VICTOR BUONO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | NO. CR 06-00028 SBA |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND ORDER FOR CONTINUANCE |
| vs. | ) ) | |
| VICTOR BUONO, | ) ) | |
| Defendant. | ) ) | |

    Defendant VICTOR BUONO, by and through his attorney, Colin Cooper, and the United States, by and through Assistant United States Attorney Deborah R. Douglas, hereby stipulate and agree to continue the above-captioned case from Tuesday, January 30, 2007, at 9:00 a.m. to Tuesday, February 13, 2007, at 11:00 a.m., because Judge Armstrong will be unavailable on January 30, 2007.

    The parties stipulate and agree that the period from January 30, 2007 through February 6, 2007 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(1)(I) to allow for consideration by the Court of a proposed plea agreement to be entered

//
//

-1-

into by the defense and the United States Attorney (proposed plea agreement to be sent to the Court forthwith).

DATED:  January 24, 2007                    /s/ COLIN L. COOPER
                                            Attorney for Defendant VICTOR BUONO


DATED:  January 24, 2007                    /s/ DEBORAH R. DOUGLAS
                                            Assistant United States Attorney


      GOOD CAUSE APPEARING,

      IT IS HEREBY ORDERED that the status conference scheduled for January 30, 2007, is continued to February 13, 2007 at 11:00 a..m. for a change of plea, and that the period from January 30, 2007 to February 13, 2007 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(1)(I).


DATED:__1/30/07                    _____
                                   SAUNDRA B. ARMSTRONG
                                   District Judge
                                   United States District Court