1

2                  IN THE UNITED STATES DISTRICT COURT

3                FOR THE NORTHERN DISTRICT OF CALIFORNIA

4

5

6

7    UNITED STATES OF AMERICA,                    No. CR 06-00028 SBA

8              Plaintiff.                         **ORDER**

9      v.

10   VICTOR J. BUONO,

11             Defendant.

12   _____

13         Good cause appearing,

14         IT IS HEREBY ORDERED THAT the May 15, 2007 Judgment and Sentencing hearing in the

15   above-captioned matter is CONTINUED to May 22, 2007 at 10:00 a.m.

16         IT IS FURTHER ORDERED THAT the parties shall submit supplemental briefing on the

17   specific legal bases for the requested downward departures from the Sentencing Guidelines. The

18   government argues, somewhat persuasively, that Defendant's background and childhood do not provide

19   the Court with adequate grounds to depart from the Guidelines, yet asks the Court to sentence Defendant

20   to nearly half the term recommended by the Guidelines based on the parties' mistaken calculations of

21   the Guideline range. *See* Government's Opp. to Def.'s Sentencing Memorandum at 2:13-3:5.

22   Accordingly, the parties shall submit supplemental briefing by **no later than Thursday, May 17, 2007**

23   **at 12:00 p.m.** addressing the issue of the appropriate legal grounds for the requested departure .

24         IT IS SO ORDERED.

25

26   Dated: 5/14/07                        _____
                                           SAUNDRA BROWN ARMSTRONG
27                                         United States District Judge

28

United States District Court
For the Northern District of California